# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC.<br><br>  Plaintiff(s),<br><br>  v.<br><br>CHARMING CHARLIES LLC INC , et al.<br><br><br>  Defendant(s). | CASE NO:<br>2:14−cv−03220−MMM−PJW<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days**, to re−open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: December 30, 2014

*Margaret M. Morrow*

_____
Margaret M. Morrow
United States District Judge

−1−